DENNIS L. THOMTE AND ZARLEY, MCKEE, THOMTE, VOORHEES & SEASE, A PARTNERSHIP, APPELLEES, V. WILLIAM M. KRUEGER, APPELLANT.

505 N.W.2d 383

Filed September 24, 1993.   No. S-91-787.

William M. Krueger, pro se.

Denise C. Mazour, of Zarley, McKee, Thomte, Voorhees & Sease, for appellees.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, FAHRNBRUCH, and LANPHIER, JJ.

PER CURIAM.

This court, having conducted a de novo review of the record, affirms the decision of the district court for Douglas County.

AFFIRMED.